# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schultz, David T. | U.S. District Court for the District of Minnesota | 08/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Retirement savings plan with Maslon (former employer) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Fairview Health Systems (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Network of Trial Law Firms | October 25 - 28, 2018 | Half Moon Bay, CA | CLE panelist | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. UBS BANK USA DEP ACCT (cash) | A | Interest | L | T | | | | | |
| 3. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | K | T | | | | | |
| 4. ALPHABET INC CL A (GOOGL) | | None | K | T | Buy (add'l) | 02/08/18 | J | | |
| 5. ALPHABET IN CL C (GOOG) | | None | K | T | Buy (add'l) | 02/08/18 | J | | |
| 6. AMAZON.COM INC (AMZN) | | None | K | T | Buy (add'l) | 02/08/18 | J | | |
| 7. BANK OF AMERICA CORP (BAC) | A | Dividend | J | T | | | | | |
| 8. CELGENE CORP (CELG) | | None | | | Sold | 04/06/18 | J | | |
| 9. FACEBOOK INC CL A (FB) | | None | | | Buy (add'l) | 02/08/18 | J | | |
| 10. | | | | | Sold (part) | 09/06/18 | J | C | |
| 11. | | | | | Sold (part) | 09/28/18 | J | C | |
| 12. | | | | | Sold | 12/24/18 | K | C | |
| 13. LOREAL CO ADR FRANCE ADR (LRLCY) | A | Dividend | J | T | | | | | |
| 14. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 15. VISA INC CL A (V) | | None | K | T | Buy | 12/31/18 | K | | |
| 16. CONSUMER DISCRETIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | K | T | | | | | |
| 17. ENERGY SELECT SECTOR SPDR FUND (XLE) | A | Dividend | | | Sold | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | K | T | | | | | |
| 19. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | | | | | |
| 20. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | K | T | | | | | |
| 21. ISHARES FACTOR SELECT MSCI EMERGING ETF (EMGF) | | None | | | Buy | 04/05/18 | J | | |
| 22. | | | | | Sold | 10/09/18 | J | | |
| 23. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 24. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 25. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | Buy (add'l) | 02/08/18 | J | | |
| 26. VANGUARD S&P 500 ETF (VOO) | A | Dividend | K | T | Buy (add'l) | 02/08/18 | J | | |
| 27. VANGUARD FTSE PAC ETF (VPL) | A | Dividend | J | T | | | | | |
| 28. VANGUARD FTSE EUROPE ETF (VGK) | A | Dividend | | | Sold | 12/20/18 | K | | |
| 29. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Sold | 12/28/18 | J | | |
| 30. VANGUARD FTSE ALL WORLD EX-US ETF (VEU) | | None | J | T | Buy | 12/28/18 | J | | |
| 31. HARTFORD SCHRODERS EMERGING MKTS EQUITY FUND (SEMNX) | | None | J | T | Buy | 12/31/18 | J | | |
| 32. VANGUARD DEVELOPED MARKETS INDEX FUND ADMIRAL (VTMGX) | A | Dividend | K | T | Buy | 12/19/18 | K | | |
| 33. OPPENHEIMER INTERNATIONAL GROWTH FUND (OIGYX) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 34. PIMCO STOCKSPLUS INTERNATIONAL FUND (PPLPX) | A | Dividend | | | Buy | 10/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 12/31/18 | J | | |
| 36. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND (BESIX) | A | Dividend | | | Sold | 12/19/18 | K | | |
| 37. ISHARES TIPS BOND ETF (TIP) | A | Dividend | K | T | | | | | |
| 38. AMER FUNDS THE BOND FUND OF AMERICA FUND (ABNFX) | A | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 39. | | | | | Sold | 06/04/18 | K | | |
| 40. ANGEL OAK FLEXIBLE INCOME FUND (ANFIX) | A | Dividend | K | T | | | | | |
| 41. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND (SDGIX) | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 42. EATON VANCE SHORT DURATION GOV'T INCOME FUND (EILDX) | A | Dividend | K | T | Buy | 06/04/18 | K | | |
| 43. EATON VANCE FLOATING RATE ADVANTAGE (EIFAX) | A | Dividend | | | Sold | 10/05/18 | J | A | |
| 44. EV MULTISECTOR INCOME FUND (EVBIX) | A | Dividend | J | T | | | | | |
| 45. PGIM (FORMERLY PRUDENTIAL) TOTAL RETURN BOND FUND (PDBZX) | B | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 46. PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFPNX) | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 47. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | A | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 48. | | | | | Sold | 12/31/18 | K | | |
| 49. SPDR GOLD SHARES ETF DE (GLD) | | None | K | T | Buy (add'l) | 02/08/18 | J | | |
| 50. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. CITIGROUP GLOBAL MARKETS CB-GEARS SPX 08/30/2019 | | None | K | T | | | | | |
| 52. JPMORGAN CHASE FINANCIAL CT-GEARS RTY 09/30/2020 | | None | K | T | | | | | |
| 53. HSBC USA INC CT-GEARS EEM 09/30/2020 | | None | K | T | | | | | |
| 54. CITIGROUP GLOBAL MARKETS CT-GEARS RTY 01/29/2021 | | None | K | T | Buy | 01/26/18 | K | | |
| 55. GS FINANCE CORP CT-GEARS EEM 02/26/2021 | | None | K | T | Buy | 02/23/18 | K | | |
| 56. JPMORGAN CHASE FINANCIAL CT-GEARS RTY 04/30/2021 | | None | K | T | Buy | 04/25/18 | K | | |
| 57. GS FINANCE CORP CT-GEARS RTY 08/31/2021 | | None | J | T | Buy | 08/28/18 | J | | |
| 58. CITIGROUP GLOBAL MARKETS L/O TA-CYN MXEA RTY 02/02/2023 | B | Dividend | K | T | Buy | 01/29/18 | K | | |
| 59. SKYBRIDGE MULTI-ADVISER HEDGE FD PORTFOLIOS LLC SER A/O | B | Dividend | L | T | | | | | |
| 60. ABBEY CAPITAL MULTI-MANAGER FUND LTD | | None | K | T | | | | | |
| 61. IRA #3 (H) | | | | | | | | | |
| 62. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 63. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 64. ALLERGAN PLC (AGN) | | None | J | T | Buy | 12/28/18 | J | | |
| 65. ALPHABET INC CL A (GOOGL) | | None | K | T | Sold (part) | 02/02/18 | J | A | |
| 66. AMERICA TOWER CORP REIT (AMT) | A | Dividend | J | T | | | | | |
| 67. APPLE INC (AAPL) | | None | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. BROOKS AUTOMATION INC (BRKS) | | None | J | T | Buy | 12/27/18 | J | | |
| 69. CELGENE CORP (CELG) | | None | | | Sold | 02/02/18 | J | | |
| 70. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 71. GOGNEX CORP (CGNX) | | None | J | T | Buy | 12/31/18 | J | | |
| 72. COLGATE PALMOLIVE CO (CL) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 73. DOLLAR TREE INC (DLTR) | | None | | | Buy | 02/02/18 | J | | |
| 74. | | | | | Sold | 12/24/18 | J | | |
| 75. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |
| 76. FACEBOOK INC CL A (FB) | | None | J | T | Sold (part) | 12/24/18 | J | B | |
| 77. | | | | | Sold (part) | 12/31/18 | J | A | |
| 78. FEDEX CORP (FDX) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 79. GILEAD SCIENCES INC (GILD) | | None | | | Sold | 02/02/18 | J | | |
| 80. INTEL CORP (INTC) | A | Dividend | J | T | Sold (part) | 02/02/18 | J | B | |
| 81. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |
| 82. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | Sold (part) | 02/02/18 | J | A | |
| 83. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 84. LULULEMON ATHLETICA INC (LULU) | | None | J | T | Sold (part) | 12/24/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. MEDTRONIC PLC (MDT) | | None | J | T | Buy | 12/27/18 | J | | |
| 86. MICROCHIP TECHNOLOGY INC (MCHP) | | None | J | T | Buy | 12/28/18 | J | | |
| 87. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 88. MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | | | | | |
| 89. MYLAN N V EUR DE (MYL) | | None | | | Sold (part) | 02/02/18 | J | A | |
| 90. | | | | | Sold | 12/28/18 | J | | |
| 91. OCCIDENTAL PETROLEUM CRP (OXY) | A | Dividend | | | Buy | 02/02/18 | J | | |
| 92. | | | | | Sold | 12/31/18 | J | | |
| 93. PALO ALTO NETWORKS INC (PANW) | | None | J | T | Sold (part) | 02/02/18 | J | A | |
| 94. PAYPAL HOLDINGS INC (PYPL) | | None | K | T | | | | | |
| 95. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 96. PROCTER & GAMBLE CO (PG) | | None | J | T | Buy | 12/28/18 | J | | |
| 97. PULTE GROUP INC DE (PHM) | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 98. ROBO GLOBAL ROBOTICS & AUT INDEX ETF DE (ROBO) | A | Dividend | | | Buy (add'l) | 02/02/18 | J | | |
| 99. | | | | | Sold (part) | 12/24/18 | J | | |
| 100. | | | | | Sold (part) | 12/27/18 | J | | |
| 101. | | | | | Sold | 12/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | | None | J | T | Buy | 12/31/18 | J | | |
| 103. SPDR S&P AEROSPACE & DEFENSE ETF (XAR) | | None | J | T | Buy | 12/31/18 | J | | |
| 104. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 105. UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | | | Buy (add'l) | 02/02/18 | J | | |
| 106. | | | | | Sold | 12/31/18 | J | | |
| 107. US BANCORP DEL (NEW) (USB) | A | Dividend | | | Sold | 12/24/18 | J | | |
| 108. VISA INC CL A (V) | | None | J | T | Buy | 12/20/18 | J | | |
| 109. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 110. WALT DISNEY CO DISNEY COM (DIS) | | None | J | T | Buy | 12/20/18 | J | | |
| 111. WHIRLPOOL CORP DE (WHR) | A | Dividend | | | Sold | 12/24/18 | J | | |
| 112. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 113. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 114. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | | | Buy | 02/02/18 | J | | |
| 115. | | | | | Sold | 12/24/18 | J | | |
| 116. VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | K | T | | | | | |
| 117. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 118. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. UBS BANK USA DEP ACCT (cash) | A | Dividend | K | T | | | | | |
| 120. ALIBABA GROUP HLDG LTD SPON ADR (BABA) | | None | J | T | | | | | |
| 121. AMAZON.COM INC (AMZN) | | None | K | T | | | | | |
| 122. AMERIPRISE FINANCIAL INC (AMP) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 123. ANDEAVOR COM (ANDV) | | None | | | Sold (part) | 10/01/18 | J | B | |
| 124. | | | | | Merged (with line 146) | 10/03/18 | J | | |
| 125. BROADCOM LTD (AVGO) | A | Dividend | J | T | | | | | |
| 126. CELGENE CORP (CELG) | | None | | | Sold | 12/20/18 | J | | |
| 127. CIGNA CORP (CI) | | None | J | T | | | | | |
| 128. CITIGROUP INC (C) | A | Dividend | J | T | | | | | |
| 129. COHERENT INC (COHR) | | None | | | Buy | 05/10/18 | J | | |
| 130. | | | | | Sold | 12/27/18 | J | | |
| 131. CTRIP.COM INTL LTD ADS (CTRP) | | None | | | Sold | 12/27/18 | J | | |
| 132. DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 133. DENTSPLY SIRONA INC (XRAY) | A | Dividend | | | Sold | 12/27/18 | J | | |
| 134. ELECTRONIC ARTS (EA) | | None | | | Sold | 11/28/18 | J | | |
| 135. EXPEDIA INC (EXPE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  EXPRESS SCRIPTS HLDG CO (ERSX) | | None | | | Sold (part) | 12/20/18 | J | B | |
| 137. | | | | | Merged (with line 127) | 12/21/18 | J | | |
| 138.  HANESBRANDS INC (HBI) | A | Dividend | | | Sold | 11/20/18 | J | | |
| 139.  INCYTE CORP (INCY) | | None | | | Sold | 12/20/18 | J | | |
| 140.  IAC INTERACTIVE CORP (IAC) | | None | J | T | Buy | 12/20/18 | J | | |
| 141.  INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |
| 142.  INTERNATIONAL FLAVORS & FRAGRANCES (IFF) | | None | J | T | Buy | 11/20/18 | J | | |
| 143.  INTUITIVE SURGICAL INC (ISRG) | | None | J | T | Buy | 12/27/18 | J | | |
| 144.  KLA-TENCOR CORP (KLAC) | | None | J | T | Buy | 12/27/18 | J | | |
| 145.  LEAR CORP COM NEW (LEA) | A | Dividend | J | T | | | | | |
| 146.  MARATHON PETROLEUM CO (MPC) | A | Dividend | J | T | | | | | |
| 147.  MCKESSON CORP (MCK) | A | Dividend | J | T | | | | | |
| 148.  NVIDIA CORP (NVDA) | A | Dividend | J | T | | | | | |
| 149.  PVH CORP COM (PVH) | A | Dividend | J | T | | | | | |
| 150.  SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 151.  TAKE-TWO INTERACTIVE SOFTWARE (TTWO) | | None | J | T | Buy | 11/28/18 | J | | |
| 152.  TJX COS INC NEW (TJX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | | | | | |
| 154. VISTEON CORP COM NEW (VC) | | None | | | Sold | 12/20/18 | J | | |
| 155. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 156. ISHARES NASDAQ BIOTECHNOLOGY ETF (IBB) | | None | | | Sold | 05/10/18 | J | | |
| 157. ISHARES US AEROSPACE & DEFENSE ETF (ITA) | A | Dividend | J | T | | | | | |
| 158. ROBO GLOBAL ROBOTICS & AUT INDEX ETF DE (ROBO) | A | Dividend | J | T | | | | | |
| 159. VANECK VECTORS SEMICONDUCTOR (SMH) | | None | J | T | Buy | 12/20/18 | J | | |
| 160. VANGUARD TOTAL WORLD STK ETF (VT) | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 161. IRA #5 (H) | | | | | | | | | |
| 162. UBS BANK USA DEP ACCT (cash) | A | Interest | J | T | | | | | |
| 163. ADIENT PLC (ADNT) | A | Dividend | | | Sold | 06/25/18 | J | | |
| 164. BLACKROCK INC DE (BLK) | A | Dividend | J | T | | | | | |
| 165. BRITISH AMER TABACCO PLC GB SPON ADR (BTI) | A | Dividend | | | Sold | 07/05/18 | J | | |
| 166. CITIGROUP INC (C) | A | Dividend | | | Sold | 12/21/18 | J | | |
| 167. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 168. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 169. HONEYWELL INTL INC (HON) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ILLNOIS TOOL WORKS INC (ITW) | A | Dividend | | | Sold | 12/20/18 | J | B | |
| 171. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 172. JOHNSON & JOHNSON COM (JNJ) | A | Dividend | J | T | | | | | |
| 173. LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 174. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 175. MCDONALDS CORP (MCD) | | None | J | T | Buy | 12/20/18 | J | | |
| 176. MEDTRONIC PLC (MDT) | | None | J | T | Buy | 12/20/18 | J | | |
| 177. NEXTERA ENERGY INC COM (NEE) | A | Dividend | K | T | | | | | |
| 178. PACCAR INC (PCAR) | A | Dividend | | | Sold | 06/01/18 | J | | |
| 179. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 180. PRAXAIR (PX) | A | Dividend | | | Merged (with line 173) | 10/30/18 | J | | |
| 181. ROCKWELL COLLINS (COL) | A | Dividend | | | Merged (with line 191) | 11/27/18 | J | | |
| 182. ROCKWELL AUTOMATION (ROK) | A | Dividend | | | Sold | 12/27/18 | J | | |
| 183. SUNTRUST BANKS INC (STI) | | None | J | T | Buy | 12/21/18 | J | | |
| 184. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | |
| 185. SUNCOR ENERGY INC (SU) | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 186. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (TSM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | | | | | |
| 188. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 189. ISHARES MSCI EAFE VAL ETF (EFV) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 190. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | | | | | |
| 191. UNTD TECHNOLOGIES CORP (UTX) | | None | J | T | | | | | |
| 192. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | | | | | |
| 193. VANGUARD DIVID APPRECIATION ETF (VIG) | | None | K | T | Buy | 12/31/18 | K | | |
| 194. VANGUARD REIT ETF (VNQ) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 195. VF CORP (VFC) | | None | J | T | Buy | 12/27/18 | J | | |
| 196. GOLDMAN SACHS US EQUITY DIVIDEND AND PREMIUM FUND (GSPKX) | B | Dividend | | | Sold | 12/31/18 | K | | |
| 197. IRA #6 (H) | | | | | | | | | |
| 198. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | J | T | | | | | |
| 199. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 200. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 201. AMAZON.COM INC (AMZN) | | None | J | T | | | | | |
| 202. BANK OF AMER CORP (BAC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. CELGENE CORP (CELG) | | None | | | Sold | 12/18/18 | J | | |
| 204. FACEBOOK INC CL A (FB) | | None | | | Sold (part) | 09/06/18 | J | A | |
| 205. | | | | | Sold | 12/20/18 | J | A | |
| 206. HARTFORD SCHRODERS EMERGING MARKETS EQUITY FUND CL I (SEMNX) | | None | J | T | Buy | 12/28/18 | J | | |
| 207. LOREAL CO ADR FRANCE ADR DE | A | Dividend | J | T | | | | | |
| 208. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 209. CONSUMER DICRESTIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | J | T | | | | | |
| 210. ENERGY SELECT SECTOR SPDR FUND ETF (XLE) | A | Dividend | | | Sold | 12/18/18 | J | | |
| 211. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | | | | | |
| 212. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | | | | | |
| 213. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | J | T | | | | | |
| 214. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 215. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | J | T | | | | | |
| 216. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 217. VANGUARD FTSE PAC ETF DE (VPL) | A | Dividend | J | T | | | | | |
| 218. VANGUARD FTSE EUROPE ETF DE (VGK) | A | Dividend | | | Sold | 12/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Sold | 12/28/18 | J | | |
| 220. VANGUARD DEVELOPED MARKETS INDEX FUND CLASS ADMIRAL (VTMGX) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 221. VISA INC CL A (V) | | None | J | T | Buy | 12/31/18 | J | | |
| 222. OPPENHEIMER INTERNATIONAL GROWTH FUND Y CLASS (OIGYX) | A | Dividend | | | Sold | 12/18/18 | J | | |
| 223. PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFNNX) | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 224. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND (BESIX) | A | Dividend | | | Sold | 12/18/18 | J | | |
| 225. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 226. AMER FUNDS THE BOND FUND OF AMERICA FUND CLASS F2 (ABNFX) | A | Dividend | | | Sold | 06/04/18 | J | | |
| 227. ANGEL OAK FLEXIBLE INCOME FUND CLASS I (ANFIX) | A | Dividend | J | T | | | | | |
| 228. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIC) | A | Dividend | J | T | | | | | |
| 229. EATON VANCE FLOATING RATE ADVANTAGE CL I (EIFAX) | A | Dividend | | | Sold | 10/04/18 | J | A | |
| 230. EV MULTISECTOR INCOME FUND CLASS I (EVBIX) | A | Dividend | J | T | | | | | |
| 231. EATON VANCE SHORT DURATION GOVT INC CL I (EILDX) | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 232. PRUDENTIAL TOTAL RETURN BOND FUND CLASS Z (PDBZX) | A | Dividend | J | T | | | | | |
| 233. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 234. SPDR GOLD SHARES ETF (GLD) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | | None | J | T | Buy | 12/18/18 | J | | |
| 236. IRA #7 (H) | | | | | | | | | |
| 237. UBS BANK DEPOSIT ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 238. BLACKROCK ENHANCED CAPITAL & INCOME FUND, INC (CII) | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 239. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 240. EATON VANCE TAX MANAGED BUY-WRITE INC FUND (ETB) | A | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 241. | | | | | Sold | 12/27/18 | J | | |
| 242. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 243. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 244. PIMCO ENHANCED SHORT MAT ACTIVE ETF (MINT) | | None | J | T | Buy | 12/31/18 | J | | |
| 245. ROYCE VALUE TRUST INC (RVT) | B | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 246. | | | | | Sold | 12/31/18 | J | | |
| 247. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 248. SPDR S&P INTL DIVIDEND ETF (DWX) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 249. TEKLA HEALTHCARE INVESTORS FUND (HQH) | A | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 250. | | | | | Sold | 09/07/18 | J | | |
| 251. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 253. BLACKROCK MUNIYIELD QUALITY FUND (MYI) | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 254. BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 255. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 256. NUVEEN PFD SECURITIES INCOME FUND (JPS) | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 257. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 258. PIONEER DIVERSIFIED HIGH INCOME TRUST (HNW) | A | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 259. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 260. | | | | | Sold | 06/01/18 | J | | |
| 261. PIONEER HIGH INCOME TRUST (PHT) | A | Dividend | | | Buy | 03/19/18 | J | | |
| 262. | | | | | Sold | 12/27/18 | J | | |
| 263. SPDR DOUBLINE SHORT DURATIONS TOTAL RETURN TACT ETF (STOT) | A | Dividend | | | Sold | 03/19/18 | J | | |
| 264. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 265. WESTERN ASSET INVT GRADE DEFINED OPP TR INC (IGI) | A | Dividend | K | T | Buy | 09/07/18 | J | | |
| 266. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 267. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 268. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | B | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 270. UBS CASH FLOW ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 271. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 272. VANGUARD TOTAL WORLD STK ETF (VT) | A | Dividend | J | T | | | | | |
| 273. VANGUARD GLB EX-US REAL ESTATE (VNQI) | A | Dividend | | | Buy | 06/29/18 | J | | |
| 274. | | | | | Sold | 12/31/18 | J | | |
| 275. PIMCO STOCKPLUS INTL FUND (PIUHX) | A | Dividend | J | T | | | | | |
| 276. VOYA GLOBAL REAL ESTATE FUND (IGLIX) | A | Dividend | | | Sold | 06/29/18 | J | A | |
| 277. VOYA SMALLCAP OPPORTUNITIES FUND CLASS (NSPIX) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 278. PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD (MINT) | A | Dividend | J | T | Buy (add'l) | 06/29/18 | J | | |
| 279. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | K | T | | | | | |
| 280. ANGEL OAK MULTI-STRATEGY INCOME FUND CLASS INSTL (ANGIX) | A | Dividend | J | T | | | | | |
| 281. LORD ABBETT BOND DEBENTURE FUND (LBDFX) | A | Dividend | | | Sold | 06/29/18 | J | | |
| 282. PIMCO DIVERSIFIED INCOME FUND (PDVPX) | A | Dividend | J | T | | | | | |
| 283. PIMCO LOW DURATION INCOME FUND CLASS I2 (PFTPX) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 284. TEMPLETON GLBAL BOND ADV (TGBAX) | A | Dividend | J | T | Sold (part) | 06/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 285. VANGUARD INTERMEDIATE TERM TREASURY FUND ADM (VFIUX) | A | Dividend | J | T | | | | | |
| 286. VIRTUS MULTI-SECTOR SHORT TERM BOND FUND (PIMSX) | A | Dividend | J | T | | | | | |
| 287. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | A | Dividend | J | T | Buy (add'l) | 06/29/18 | J | | |
| 288. RIVERPARK LONG/SHORT OPPORTUNITY FUND (RLSIX) | B | Dividend | J | T | | | | | |
| 289. AMER FUNDS AMERICAN BALANCED FUND (AMBFX) | A | Dividend | J | T | Sold (part) | 06/29/18 | J | A | |
| 290. SPDR GOLD SHARES ETF DE (GLD) | | None | J | T | | | | | |
| 291. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 292. UBS BANK USA DEP ACCT (cash) | A | Interest | J | T | | | | | |
| 293. BLACKROCK ENHANCED CAP & INCOME STRATEGIES FUND INC (CII) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 294. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | | | | | |
| 295. EATON VANCE TAX MANAGED BUY-WRITE INC FUND (ETB) | A | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 296. | | | | | Sold | 12/27/18 | J | | |
| 297. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Sold (part) | 03/19/18 | J | A | |
| 298. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 299. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | B | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 300. PIMCO ENHANCED SHORT MAT ACTIVE ETF (MINT) | | None | J | T | Buy | 12/31/18 | J | | |
| 301. ROYCE VALUE TRUST INC (RVT) | A | Dividend | | | Sold | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 302. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 303. SPDR S&P INTL DIVI F (DWX) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 304. TELKA HEALTHCARE INVS (HQH) | A | Dividend | | | Sold (part) | 03/19/18 | J | | |
| 305. | | | | | Sold | 09/07/18 | J | | |
| 306. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 307. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 308. BLACKROCK MUNIYIELD QUALITY FUND III INC (MYI) | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 309. BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 310. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | | | | | |
| 311. NUVEEN PFD SECURITIES INCOME FUND (JPS) | A | Dividend | J | T | | | | | |
| 312. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 313. PIONEER DIVERSIFIED HIGH INCOME TRUST (HNW) | A | Dividend | | | Buy (add'l) | 03/19/18 | J | | |
| 314. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 315. | | | | | Sold | 06/01/18 | J | | |
| 316. PIONEER HIGH INCOME TRUST (PHT) | A | Dividend | | | Buy | 03/15/18 | J | | |
| 317. | | | | | Sold | 12/27/18 | J | | |
| 318. PROSHARES HIGH YIELD INT RATE HEDGED ETF (HYHG) | A | Dividend | | | Sold | 03/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 319. SPDR DOUBLELINE SHORT DURATION TOTAL RETURN TACTICAL ETF (STOT) | A | Dividend | | | Sold | 03/19/18 | J | | |
| 320. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 321. WESTERN ASSET INVT GRADE DEFINED OPP TR INC (IGI) | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 322. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 323. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 324. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 325. CALAMOS STRATEGIC TOTAL RETURN (CSQ) | A | Dividend | | | Sold | 03/19/18 | J | | |
| 326. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 327. UBS BANK USA DEP ACCT (cash) (X) | A | Interest | J | T | | | | | |
| 328. JPMORGAN CHASE FINANCIAL CT-SS RTY | | None | | | Redeemed | 06/29/18 | K | C | |
| 329. CREDIT SUISSE AG CB-GEARS SPX | | None | | | Redeemed | 08/31/18 | K | C | |
| 330. UBS AG BUFFERED ROS SPY | | None | K | T | | | | | |
| 331. UBS AG CB-GEARS SX5E | | None | K | T | | | | | |
| 332. HSBC USA INC CT-GEARS EEM | | None | K | T | | | | | |
| 333. CITIGROUP GLOBAL MARKETS CB-GEARS EEM (06/30/2020) | | None | K | T | Buy | 06/29/18 | K | | |
| 334. BARCLAYS BANK PLC CT-GEARS EEM (08/31/2021) | | None | K | T | Buy | 08/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 335. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 336. UBS BANK USA DEP ACCT (cash) | A | Interest | J | T | | | | | |
| 337. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 338. ALLERGAN PLC (AGN) | | None | J | T | Buy | 12/28/18 | J | | |
| 339. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 340. AMERICAN TOWER CORP REIT (AMT) | A | Dividend | J | T | | | | | |
| 341. APPLE INC (AAPL) | | None | J | T | Buy | 12/31/18 | J | | |
| 342. BROOKS AUTOMATION INC (BRKS) | | None | J | T | Buy | 12/27/18 | J | | |
| 343. CELGENE CORP (CELG) | | None | | | Sold | 01/31/18 | J | | |
| 344. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 345. COGNEX CORP (CGNX) | | None | J | T | Buy | 12/31/18 | J | | |
| 346. COLGATE PALMOLIVE CO (CL) | A | Dividend | | | Sold | 12/28/18 | J | | |
| 347. DOLLAR TREE INC (DLTR) | | None | | | Buy | 01/31/18 | J | | |
| 348. | | | | | Sold | 12/27/18 | J | | |
| 349. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |
| 350. FACEBOOK INC CL A (FB) | | None | J | T | Sold (part) | 12/20/18 | J | A | |
| 351. | | | | | Sold (part) | 12/31/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 352. FEDEX CORP (FDX) | A | Dividend | | | Sold | 12/27/18 | J | | |
| 353. GILEAD SCIENCES INC (GILD) | | None | | | Sold | 01/31/18 | J | A | |
| 354. INTEL CORP (INTC) | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 355. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |
| 356. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 357. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | | | | | |
| 358. LULULEMON ATHLETICA INC (LULU) | | None | J | T | Sold (part) | 12/20/18 | J | A | |
| 359. MEDTRONIC PLC (MDT) | | None | J | T | Buy | 12/27/18 | J | | |
| 360. MICROCHIP TECHNOLOGY INC (MCHP) | | None | J | T | Buy | 12/28/18 | J | | |
| 361. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 362. MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | | | | | |
| 363. MYLAN N V EUR DE (MYL) | | None | | | Sold | 12/28/18 | J | | |
| 364. OCCIDENTAL PETROLEUM CRP (OXY) | A | Dividend | | | Buy | 01/31/18 | J | | |
| 365. | | | | | Sold | 12/28/18 | J | | |
| 366. PALO ALTO NETWORKS INC (PANW) | | None | J | T | Sold (part) | 01/31/18 | J | A | |
| 367. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 368. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 369. PROCTOR & GAMBLE CO (PG) | | None | J | T | Buy | 12/28/18 | J | | |
| 370. PULTE GROUP INC DE (PHM) | A | Dividend | J | T | | | | | |
| 371. ROBO GLOBAL ROBOTICS & AT INDEX ETF DE (ROBO) | A | Dividend | | | Sold (part) | 12/27/18 | J | | |
| 372. | | | | | Sold (part) | 12/28/18 | J | | |
| 373. | | | | | Sold | 12/31/18 | J | | |
| 374. SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | | None | J | T | Buy | 12/28/18 | J | | |
| 375. SPDR S&P AEROSPACE & DEFENSE ETF (XAR) | | None | J | T | Buy | 12/31/18 | J | | |
| 376. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 377. UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 378. US BANCORP DEL (NEW) (USB) | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 379. VISA INC CL A (V) | | None | J | T | Buy | 12/20/18 | J | | |
| 380. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 381. WHIRLPOOL CORP DE (WHR) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 382. WALT DISNEY CO (DIS) | | None | J | T | Buy | 12/20/18 | J | | |
| 383. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 384. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 385. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | | | Buy | 01/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 386. | | | | | Sold | 12/20/18 | J | | |
| 387. VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | J | T | | | | | |
| 388. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 389. BROKERAGE ACCOUNT #6 (H) | | | | | | | | | |
| 390. UBS BANK DEPOSIT ACCOUNT (cash) | A | Int./Div. | K | T | | | | | |
| 391. ADOBE SYSTEMS INC (ADBE) | | None | J | T | Buy | 02/22/18 | J | | |
| 392. ALPHABET INC CL A (GOOGL) | | None | J | T | Buy | 02/22/18 | J | | |
| 393. ALPHABET INC CL C (GOOG) | | None | J | T | Buy | 02/22/18 | J | | |
| 394. AMAZON.COM INC (AMZN) | | None | J | T | Buy | 02/22/18 | J | | |
| 395. BANK OF AMERICA CORP (BAC) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 396. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | | | Sold | 02/22/18 | J | A | |
| 397. WP CAREY INC REIT (WPC) | A | Dividend | | | Sold | 02/22/18 | J | | |
| 398. AMER FUNDS AMCAP F2 (AMCFX) | | None | | | Sold | 02/22/18 | K | C | |
| 399. AMER FUNDS CAPITAL WORLD GR & INC F2 (WGIFX) | | None | | | Sold | 02/22/18 | K | B | |
| 400. AMER FUNDS NEW PERSPECTIVE F2 (ANWFX) | | None | | | Sold | 02/22/18 | K | C | |
| 401. AMER FUNDS NEW WORLD FUND F2 (NFFFX) | | None | | | Sold | 02/22/18 | J | B | |
| 402. AMER FUNDS THE BOND FUND OF AMERICA FUND CLASS F2 (ABNFX) | A | Dividend | | | Buy | 02/22/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 403. | | | | | Sold | 06/04/18 | K | A | |
| 404. ANGEL OAK FLEXIBLE INCOME FUND (ABNFX) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 405. CELGENE CORP (CELG) | | None | | | Buy | 02/22/18 | J | | |
| 406. | | | | | Sold | 04/04/18 | J | | |
| 407. COHEN & STEERS REALTY SHARES (CSRSX) | | None | | | Sold | 02/22/18 | J | | |
| 408. CONSUMER DISCRETIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 409. DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIX) | A | Dividend | K | T | Buy | 02/22/18 | K | | |
| 410. EATON VANCE SHORT DURATION GOVT (EILDX) | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 411. EATON VANCE FLOATING RATE ADVANTAGE CL I (EIFAX) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 412. | | | | | Sold | 10/04/18 | J | A | |
| 413. EATON VANCE LARGE CAP VALUE FUND I (EILVX) | | None | | | Sold | 02/22/18 | K | B | |
| 414. ENERGY SELECT SECTOR SPDR FUND ETF (XLE) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 415. | | | | | Sold | 12/18/18 | J | A | |
| 416. EV MULTISECTOR INCOME FUND CLASS I (EVBIX) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 417. FACEBOOK INC CL A (FB) | | None | | | Buy | 02/22/18 | K | | |
| 418. | | | | | Sold (part) | 09/06/18 | J | A | |
| 419. | | | | | Sold (part) | 09/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 420. | | | | | Sold | 12/18/18 | J | B | |
| 421. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 422. HARTFORD SCHRODERS EMERGING MARKETS EQUITY FUND CL I (SEMNX) | | None | J | T | Buy | 12/28/18 | J | | |
| 423. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 424. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 425. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 426. ISHARES FACTORSELECT MSCI EMERGING ETF (EMGF) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 427. | | | | | Sold | 10/04/18 | J | A | |
| 428. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 429. ROYCE PREMIER FUND (RYPRX) | | None | | | Sold | 02/22/18 | J | | |
| 430. LONGBOARD MANAGED FUTURES STRATEGY FUND CLASS I (WAVIX) | A | Dividend | | | Buy | 02/22/18 | K | | |
| 431. | | | | | Sold | 12/28/18 | K | | |
| 432. LOREAL CO ADR FRANCE ADR (LRLCY) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 433. MICROSOFT CORP (MSFT) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 434. OPPENHEIMER INTERNATIONAL GROWTH FUND Y CLASS (OIGYX) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 435. | | | | | Sold | 12/18/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 37

**Name of Person Reporting**

Schultz, David T.

**Date of Report**

08/01/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 436. PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFPNX) | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 437. PIMCO STOCKPLUS INTL FUND (PFUPX) | A | Dividend | | | Buy | 10/04/18 | J | | |
| 438. | | | | | Sold | 12/28/18 | J | | |
| 439. PRUDENTIAL TOTAL RETURN BOND FUND CLASS Z (PDBZX) | A | Dividend | K | T | Buy | 02/22/18 | K | | |
| 440. SPDR GOLD SHARES ETF (GLD) | | None | J | T | Buy | 02/22/18 | J | | |
| 441. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 442. VANGUARD DEVELOPED MARKETS INDEX ADMIRAL (VTMGX) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 443. VANGUARD FTSE ALL WORLD (VEU) | | None | J | T | Buy | 12/28/18 | J | | |
| 444. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 445. | | | | | Sold | 12/28/18 | J | | |
| 446. VANGUARD FTSE EUROPE ETF (VGK) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 447. | | | | | Sold | 12/18/18 | J | A | |
| 448. VANGUARD FTSE PAC ETF (VPL) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 449. VANGUARD S&P 500 ETF (VOO) | A | Dividend | K | T | Buy | 02/22/18 | K | | |
| 450. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 451. VISA INC CL A (V) | | None | K | T | Buy | 12/28/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 452. WILLIAM BLAIR EMERGING MARKETS SMALL CAP GROWTH FUND CLASS I (BESIX) | A | Dividend | | | Buy | 02/22/18 | J | | |
| 453. | | | | | Sold | 12/18/18 | J | | |
| 454. THORNBURG INTL VAL FUND I (TGVIX) | | None | | | Sold | 02/22/18 | J | | |
| 455. FRANKLIN FEDERAL TAX-FREE INC FUND (FAFTX) | A | Dividend | | | Sold | 02/22/18 | K | | |
| 456. FRANKLIN FEDERAL INTERIM TAX-FREE INCOME FUND (FITZX) | A | Dividend | | | Sold | 02/22/18 | K | | |
| 457. NUVEEN LIMITED TERM MUN BOND I (FLTRX) | A | Dividend | | | Sold | 02/22/18 | K | | |
| 458. THORNBURG LIMITED TERM MUN FUND I (LTMIX) | A | Dividend | | | Sold | 02/22/18 | K | | |
| 459. AMER FUNDS CAPITAL INC BUILDER F2 (CAIFX) | | None | | | Sold | 02/22/18 | J | B | |
| 460. BLACKROCK MULTI-ASSET INC PORT INST (BIICX) | A | Dividend | | | Sold | 02/22/18 | J | A | |
| 461. BLACKROCK GLOBAL ALLOCATION FUND INST (MALOX) | | None | | | Sold | 02/22/18 | J | A | |
| 462. FIRST EAGLE GLOBAL FUNDS I (SGIIX) | | None | | | Sold | 02/22/18 | K | B | |
| 463. FRANKLIN INC ADV (FRIAX) | A | Dividend | | | Sold | 02/22/18 | J | | |
| 464. OAKMARK EQUITY & INCOME I (OAKBX) | | None | | | Sold | 02/22/18 | J | A | |
| 465. THE INCOME FUND OF AMERICA F2 (AMEFX) | | None | | | Sold | 02/22/18 | K | B | |
| 466. BROKERAGE ACCOUNT #7 (H) | | | | | | | | | |
| 467. UBS BANK DEPOSIT ACCT (cash) | A | Interest | J | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 468. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | | | | | |
| 469. AMAZON.COM (AMZN) | | None | J | T | | | | | |
| 470. AMERIPRISE FINANCIAL (AMP) | A | Dividend | | | Sold | 11/26/18 | J | | |
| 471. BROADCOM LTD (AVGO) | A | Dividend | J | T | | | | | |
| 472. CELGENE CORP (CELG) | | None | | | Sold | 12/20/18 | J | | |
| 473. COHERENT INC (COHR) | | None | | | Buy | 05/10/18 | J | | |
| 474. | | | | | Sold | 12/20/18 | J | A | |
| 475. CONSTELLATION BRANDS INC (STZ) | | None | J | T | Buy | 12/31/18 | J | | |
| 476. CTRIP.COM INTL LTD (CTRP) | | None | | | Sold | 12/27/18 | J | | |
| 477. DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 478. DENTSPLY SIRONA INC (XRAY) | A | Dividend | | | Sold | 12/27/18 | J | | |
| 479. ELECTRONIC ARTS (EA) | | None | | | Sold | 11/26/18 | J | A | |
| 480. EXPEDIA INC (EXPE) | A | Dividend | J | T | | | | | |
| 481. FORTIVE CORP (FTV) | A | Dividend | J | T | | | | | |
| 482. IAC INTERACTIVE CORP (IAC) | | None | J | T | Buy | 12/20/18 | J | | |
| 483. INCYTE CORP (INCY) | | None | | | Sold | 12/20/18 | J | | |
| 484. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 37

Name of Person Reporting

Schultz, David T.

Date of Report

08/01/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 485. INTERNATIONAL FLAVORS AND FRAGRANCES (IFF) | | None | J | T | Buy | 11/16/18 | J | | |
| 486. INTUITIVE SURGICAL INC (ISRG) | | None | J | T | Buy | 12/27/18 | J | | |
| 487. KLA-TENCOR (KLAC) | | None | J | T | Buy | 12/27/18 | J | | |
| 488. LEAR CORP (LEA) | A | Dividend | J | T | | | | | |
| 489. MARATHON PETROLEUM CO (MPC) | A | Dividend | J | T | | | | | |
| 490. MCKESSON CORP (MCK) | A | Dividend | | | Sold | 11/16/18 | J | | |
| 491. NVIDIA CORP (NVDA) | A | Dividend | J | T | | | | | |
| 492. PVH CORP (PVH) | A | Dividend | J | T | | | | | |
| 493. SCOTTS MIRACLE-GRO (SMG) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 494. SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 495. ANDEAVOR (ANDV) | A | Dividend | | | Merged (with line 489) | 10/02/18 | J | | |
| 496. TAKE-TWO INTERACTIVE SOFTWRE (TTWO) | | None | J | T | Buy | 11/26/18 | J | | |
| 497. TJX COS INC (TJX) | A | Dividend | J | T | | | | | |
| 498. UNITED TECHNOLOGIES (UTX) | A | Dividend | J | T | | | | | |
| 499. VISTEON CORP (VC) | | None | | | Sold | 12/20/18 | J | | |
| 500. ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 501. ISHARES NASDAQ BIOTECH (IBB) | | None | | | Sold | 05/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 37

**Name of Person Reporting**

Schultz, David T.

**Date of Report**

08/01/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 502. ISHARES US AEROSPACE & DEFENSE (ITA) | A | Dividend | J | T | | | | | |
| 503. ROBO GLOBAL ROBOTICS & AUTOMATION INDEX (ROBO) | A | Dividend | J | T | | | | | |
| 504. VANECK VECTORS SEMICONDUCTOR ETF (SMH) | | None | J | T | Buy | 12/20/18 | J | | |
| 505. VANGUARD TOTAL WORLD STK ETF (VT) | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 506. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 507. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 7-9 C | | None | M | T | | | | | |
| 508. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |
| 509. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 13-15 C | | None | M | T | | | | | |
| 510. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |
| 511. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 10-12 C | | None | M | T | | | | | |
| 512. EDUCATION ACCOUNT #4 (H) | | | | | | | | | |
| 513. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | A | Dividend | J | T | | | | | |
| 514. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | A | Dividend | J | T | | | | | |
| 515. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | A | Dividend | J | T | | | | | |
| 516. EDUCATION ACCOUNT #5 (H) | | | | | | | | | |
| 517. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | A | Dividend | J | T | | | | | |
| 518. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 519. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | A | Dividend | J | T | | | | | |
| 520. EDUCATION ACCOUNT #6 (H) | | | | | | | | | |
| 521. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER CIB A | A | Dividend | J | T | | | | | |
| 522. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA - GFA A | A | Dividend | J | T | | | | | |
| 523. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND NPF A | A | Dividend | J | T | | | | | |
| 524. RETIREMENT SAVINGS PLAN #1 (H) | | | | | | | | | |
| 525. MASLON CASH BALANCE PENSION PLAN (NO CONTROL) | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 275 and 293: Name/ticker symbol changes only; not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 4, 6, 91, and 352 of the 2017 report became unreportable in 2018 without corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Schultz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544